FILED IN OPEN COURT
DATE 4/19/13
BY D. Thompson
DEPUTY CLERK
Roanoke DIVISION, W.D. of V.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

## VERDICT

UNITED STATES OF AMERICA

v.  　　　　　　　　　　　　　　　　CRIMINAL NO. 7:12CR00032

OSAMA MAHMUD MUSTAFA

1. We, the jury, find the defendant _Osama Mahmud Mustafa_ of Count 1.

    (**Guilty** or Not Guilty)

*If you found the defendant guilty of Count 1, which object or objects of the conspiracy do you find that the defendant entered an agreement or understanding to commit? Check all that apply.*

**Guilty** ✓　　One: Knowingly defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the lawful government functions of the Internal Revenue Service.

**Guilty** ✓　　Two: With the intent to defraud, buy, sell, exchange, receive, deliver, retain, or conceal a Treasury check of the United States with a value in excess of $1000, knowing that such Treasury check is stolen or bears a falsely made or forged endorsement or signature.

**Guilty** ✓　　Three: Willfully and knowingly receive, conceal, or retain stolen United States property, with the intent to convert it to their use or gain, knowing that such property had been embezzled, stolen, purloined, or converted.

**Guilty** ✓　　Four: With the intent to defraud, and having devised or intended to devise a scheme to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations or promises,

deposit or cause to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier for the purposes of executing such a scheme.

✓ Five:   Knowing that a domestic financial institution was legally obligated to report certain financial transactions, and for the purpose of evading those reporting requirements, cause and attempt to cause the domestic financial institution to fail to file the required report.

2.   We, the jury, find the defendant ____Guilty____ of Count 2.
(Guilty or Not Guilty)

3.   We, the jury, find the defendant ____Guilty____ of Count 3.
(Guilty or Not Guilty)

_____
FOREPERSON'S SIGNATURE

4 -19- 13                    Steven H. Cone
_____              _____
DATE                     FOREPERSON'S PRINTED NAME