IN THE
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | Record No. 14-4530 |
| ) | |
| OSAMA MAHMUD MUSTAFA ) | |

## RESPONSE TO GOVERNMENT'S MOTION TO DISMISS APPEAL

NOW COMES Michelle C. F. Derrico, counsel for defendant, Osama Mahmud Mustafa, and responds to the motion filed by the Government as follows:

### PROCEDURAL AND FACTUAL BACKGROUND

Counsel concurs with the Government's representations. Counsel has no way to verify whether there are prospects for Mr. Mustafa's apprehension but has no reason to doubt the Government's representation in that regard.

### ARGUMENT AND AUTHORITY

The Government requests immediate dismissal of Mr. Mustafa's appeal with prejudice.

> [T]he sanction of disentitlement is most severe and so could disserve the dignitary purposes for which it is invoked. The dignity of a court derives from the respect accorded its judgments. That respect is eroded, not enhanced, by too free a recourse to rules foreclosing consideration of claims on the merits.

<u>Degen v. United States</u>, 517 U.S. 820, 829 (1996).

Counsel cannot dispute that Mr. Mustafa is presently a fugitive. Nonetheless, it is within the discretion of the Court to determine whether he should be sanctioned, and if so, the nature of the sanction. Counsel suggests the Court consider suspending Mr. Mustafa's appeal until such time as he is returned to custody.

WHEREFORE, counsel respectfully requests the Court accept this filing as her reply to the Government's Motion to Dismiss Appeal.

Respectfully submitted this 8th day of August, 2014.

OSAMA MAHMUD MUSTAFA

By:  /s/ Michelle C. F. Derrico
      Of Counsel

Michelle C. F. Derrico (VSB# 34037)
COPENHAVER, ELLETT, & DERRICO
30 Franklin Road, SW, Suite 200
Roanoke, VA 24011
Phone:    (540) 343-9349
Facsimile: (540) 342-9258
    e-mail:   michelle@cecd.roacoxmail.com
Counsel for Osama Mahmud Mustafa

## CERTIFICATE OF SERVICE

I, Michelle C. F. Derrico, hereby certify that on this 8th day of August, 2014, I electronically filed the foregoing Response to the Government's Motion to Dismiss Appeal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- Joseph W. H. Mott
  joseph.mott@usdoj.gov

        /s/ Michelle C. F. Derrico
Michelle C. F. Derrico